UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES BRENNAN, JR.,
    Petitioner,

v.                            C.A. No. 09-281 S

A.T. WALL, ET AL.,
    Respondents.

ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on December 31, 2009, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Respondents' Motion to Dismiss is hereby GRANTED, and the Petition is DENIED and DISMISSED with prejudice.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 1/19/10